AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | JUDGMENT IN A CIVIL CASE<br><br>Case: CIV NO. 11-00257 LEK-RLP |
| Plaintiff, | |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 16, 2015<br><br>At 9 o'clock and 15 min a.m.<br>SUE BEITIA, CLERK |
| GLOBAL HORIZONS, INC., D/B/A GLOBAL HORIZONS MANPOWER, INC.; CAPTAIN COOK COFFEE COMPANY LTD.; DEL MONTE FRESH PRODUCE (HAWAII), INC.; KAUAI COFFEE COMPANY, INC,; KELENA FARMS, INC.; MAC FARMS OF HAWAII, LLC N/K/A/ MF NUT CO., LLC; MAUI PINEAPPLE COMPANY, LTD. A/K/A MAUI PINEAPPLE FARMS; ALEXANDER & BALDWIN, INC.; MASSIMO ZANETTI BEVERAGE USA, INC.; AND DOES 1-15, INCLUSIVE | |
| Defendants. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff United States Equal Employment Opportunity Commission and against Defendants Global Horizons, Inc. And Maui Pineapple Company, Ltd. pursuant to

the "Findings Of Fact And Conclusions Of Law" filed on December 19, 2014 (ECF NO. [767]).

All claims against the remaining Defendants were resolved through Consent Decrees, filed November 27, 2013 (ECF NO. [651]), and September 3, 2014 (ECF NOS. [720], [721], [722], [723]).  All of the cross-claims were dismissed by stipulations, filed September 30, 2014 (ECF NO. [734]), October 6, 2014 (ECF NO. [735]), October 7, 2014 (ECF NO. [736]), and October 16, 2014 (ECF NO. [751]) and by Entering Order on March 10, 2015 (ECF NO. [772]).

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION V. GLOBAL HORIZONS, INC., ET AL.; CIVIL NO. 11-00257 LEK-RLP;  JUDGMENT IN A CIVIL CASE

| March 16, 2015 | SUE BEITIA |
|---|---|
| Date | Clerk |
|  | /s/ Sue Beitia by EPS |
|  | (By) Deputy Clerk |