Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Lorena Garcia-Bautista, CA SBN 234091
Derek W. Li, CA SBN 150122
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple Street, 4th Floor
Los Angeles, California 90012
Telephone: (213) 894-1082
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov
Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>GLOBAL HORIZONS, INC. D/B/A GLOBAL HORIZONS MANPOWER, INC.; CAPTAIN COOK COFFEE COMPANY, LTD.; DEL MONTE FRESH PRODUCE (HAWAII), INC.; KAUAI COFFEE COMPANY, INC.; KELENA FARMS, INC.; MAC FARMS OF HAWAII, LLC N/K/A MF NUT CO., LLC; MAUI PINEAPPLE COMPANY, LTD. A/K/A MAUI PINEAPPLE FARMS; ALEXANDER & BALDWIN, INC.; MASSIMO ZANETTI BEVERAGE USA, INC.; AND DOES 1-15, INCLUSIVE;<br><br>Defendants. | CIVIL ACTION NO. 11-00257 LEK-RLP<br><br>**JOINT STIPULATION TO AMEND THE CONSENT DECREE (ECF NO. 723) BETWEEN EEOC AND MAC FARMS OF HAWAII, LLC N/K/A MF NUT CO., LLC**<br><br>The Honorable Leslie E. Kobayashi<br>U.S. District Court Judge |

1

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") and Defendant Mac Farms of Hawaii, LLC N/K/A MF Nut Co., LLC ("Defendant"), by and through their undersigned counsel, hereby agree to stipulate to amend the Consent Decree (ECF NO. 723).

Section IX. of the Consent Decree, commencing with the fourth line of paragraph 5, reads: "The EEOC shall provide a Distribution List on the one (1) year anniversary of the Effective Date, which shall be denoted as the 'Final Distribution List' …".  The Consent Decree's effective date was September 3, 2014, and thus makes September 3, 2015, the Consent Decree's one (1) year anniversary date.  The parties have agreed to amend the Consent Decree for the sole purpose of extending the EEOC's deadline to provide the Final Distribution List for a period of ninety (90) days from September 3, 2015.  As a result, the new deadline for the EEOC to provide Defendant with the Final Distribution List is December 2, 2015.

    Respectfully Submitted,

    U.S. EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION

Dated: August 24, 2015    By: /s/ Lorena Garcia-Bautista
    Lorena Garcia-Bautista
    Trial Attorney for Plaintiff EEOC

|  |  |
|---|---|
|  | GOODSILL ANDERSON QUINN & STIFEL |
| Dated: August 24, 2015 | By: /s/ Anne T. Horiuchi<br>Barbara A. Petrus<br>Anne T. Horiuchi<br>Attorneys for Defendant<br>MAC FARMS OF HAWAII, L |

APPROVED AND SO ORDERED.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

_____
*Equal Employment Opportunity Commission vs. Global Horizons, Inc., et al.*; Civil No. 11-00257 LEK-RLP; JOINT STIPULATION TO AMEND THE CONSENT DECREE (ECF NO. 723) BETWEEN EEOC AND MAC FARMS OF HAWAII, LLC N/K/A MF NUT CO., LLC