Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Lorena Garcia-Bautista, CA SBN 234091
Derek W. Li, CA SBN 150122
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple Street, 4th Floor
Los Angeles, California 90012
Telephone: (213) 894-1082
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov
Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>GLOBAL HORIZONS, INC. D/B/A GLOBAL HORIZONS MANPOWER, INC.; CAPTAIN COOK COFFEE COMPANY, LTD.; DEL MONTE FRESH PRODUCE (HAWAII), INC.; KAUAI COFFEE COMPANY, INC.; KELENA FARMS, INC.; MAC FARMS OF HAWAII, LLC N/K/A MF NUT CO., LLC; MAUI PINEAPPLE COMPANY, LTD. A/K/A MAUI PINEAPPLE FARMS; ALEXANDER & BALDWIN, INC.; MASSIMO ZANETTI BEVERAGE USA, INC.; AND DOES 1-15, INCLUSIVE;<br><br>        Defendants. | CIVIL ACTION NO. 11-00257 LEK-RLP<br><br>**PLAINTIFF EEOC'S NOTICE OF DEFENDANT CAPTAIN COOK COFFEE COMPANY, LTD.'S SATISFACTION OF THE MONETARY RELIEF ORDERED BY THE FIRST AMENDED CONSENT DECREE**<br><br>The Honorable Leslie E. Kobayashi<br>U.S. District Court Judge |

On November 20, 2018, the Court issued its First Amended Consent Decree as to Defendant Captain Cook Coffee Company, Ltd. (ECF No. 776). The First Amended Consent Decree orders Defendant Captain Cook to comply with the Decree's monetary and injunctive relief provisions.

The First Amended Consent Decree states that it shall remain in effect until September 3, 2021 or until Defendant Captain Cook satisfies the monetary relief set forth in the Decree. (*Id.* at 4). The First Amended Consent Decree orders Defendant Captain Cook to pay a total of $73,426.80 to be distributed to the claimants identified by the EEOC with credit given for $8,426.60 already paid by Defendant Captain Cook. (*Id.* at 7-8). The First Amended Consent Decree further orders Defendant Captain Cook to pay the balance of $65,000 and to send the 1099 tax reporting forms to the claims administrator, Thai Community Development Center, to distribute to the claimants. (*Id.* at 8).

Upon the satisfaction of the monetary relief provision of the First Amended Consent Decree, the First Amended Consent Decree requires the EEOC to file a Notice of Satisfaction of Monetary Relief acknowledging Defendant Captain Cook's satisfaction of the monetary relief provision of the First Amended Consent Decree. (*Id.* at 8). The First Amended Consent Decree states that it is terminated upon the filing by the EEOC of a notice of satisfaction of monetary relief. (*Id.* at 4).

With this filing, the EEOC provides notice that Thai Community Development Center has received $65,000 from Defendant Captain Cook to be distributed to the claimants identified by the EEOC.[1] On January 31, 2019,

---

[1] From December 21, 2018 to January 25, 2019, the EEOC was shut down due to the lapse in the funding of the federal government. During the federal government shutdown, Defendant Captain Cook sent $65,000 to Thai CDC. During the federal government shutdown, Defendant Captain Cook also requested

Defendant Captain Cook represented that it had sent the 1099 tax forms to Thai CDC to be distributed to the claimants.  Thus, the EEOC provides notice that Defendant Captain Cook has satisfied the monetary relief provision of the First Amended Consent Decree.

Date:  February 1, 2019                     U.S. Equal Employment
                                            Opportunity Commission

                                                    */s/ Derek W. Li*
                                            By _____
                                            Derek W. Li
                                            Attorney for Plaintiff
                                            U.S. Equal Employment
                                            Opportunity Commission

---

from the EEOC taxpayer identification numbers to issue the 1099 tax reporting documents to the claimants. After EEOC reopened on January 28, 2019 due to the restoration of federal funding, the EEOC provided to Defendant Captain Cook the claimants' taxpayer identification numbers.